## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT COURT OF OKLAHOMA

IN RE:                              )
                                    )
JEREMY J. KING and                  )      BK NO. 08-13999-RLB
BOBBI L. KING,                      )      CHAPTER 7
                                    )
            DEBTORS.    )

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, Robert A. Brown, Trustee of the above-captioned bankruptcy matter, pursuant to Bankruptcy Rule 3010 and reports to the Court Clerk that after final distribution the following funds are unclaimed:

### CLAIMANT:

Peak5                                                        $208.27
6782 S. Potomac St.
Centennial, CO 80112


### TOTAL:                                                   $208.27


A check made payable to the Court Clerk is attached hereto for deposit into unclaimed funds.


DATE:  May 20, 2010

                        /s/ Robert A. Brown
                        Robert A. Brown, Trustee, OBA #11235
                        123 West 7th Avenue, Suite 102
                        Stillwater, OK 74074
                        405-377-8185
                        bob@bobbrownattorney.com

(4-1) Amarillo Comm FCU
Unclaimed Funds after disbursement

Case: 08-13999   Doc: 30   Filed: **BANK OF AMERICA, N.A.**   Page: 2

CUSTOMER CONNECTION
32-1/1110 TX
0

CHECK NUMBER

**3013**

ROBERT A. BROWN, TRUSTEE
123 WEST 7TH AVENUE, SUITE 102
STILLWATER, OK 74074

| DATE | AMOUNT |
|---|---|
| 05/20/10 | *********208.27 |

**2299339**

PAY TO THE ORDER OF

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 08-13999   RLB | Debtor: KING, JEREMY J | |
| | Joint Debtor: KING, BOBBI L | |

U S BANKRUPTCY COURT CLERK
215 DEAN A MCGEE AVENUE
OKLAHOMA CITY OK 73102

*Two Hundred Eight Dollars And 27/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈003013⑈ ⑆ ████ ⑆ █████7355⑈

---

| Date: 05/20/10 | Check Number: 3013 | Amount: 208.27 |
|---|---|---|

Case Number:  08-13999      RLB
Debtor Name:  KING, JEREMY J
SSN: ███4209

| Paid To: | U S BANKRUPTCY COURT CLERK | Trustee: | ROBERT A. BROWN, TRUSTEE |
|---|---|---|---|
| | 215 DEAN A MCGEE AVENUE | | 123 WEST 7TH AVENUE, SUITE 102 |
| | OKLAHOMA CITY OK 73102 | | STILLWATER, OK 74074 |

Description:   (4-1) Amarillo Comm FCU   Unclaimed Funds after disbursement

Bank Account Number: ████7355